*684 Weaver, J.
(dissenting). I dissent from the majority opinion, which reverses in part the judgment of the Court of Appeals and vacates defendant’s convictions under MCL 750.145c(2). I would affirm defendant’s convictions under MCL 750.145c(2) because defendant intentionally made copies of child sexually abusive material.
In this case, police officers obtained two laptop computers and numerous recordable compact discs from defendant’s home containing approximately 70,000 to 80,000 pornographic images of boys ranging in age from “toddlers to teens.” Within defendant’s immense collection of pornographic images, authorities found multiple copies of a single pornographic image. The copies created the basis for charging defendant with making child sexually abusive material.
I agree with Justice YOUNG’S statement in his dissent: “[T]he majority opinion relieves a defendant of criminal responsibility for making copies of child pornography ‘for personal use’ and creates out of whole cloth an additional hurdle for those prosecuting individuals who make child pornography . . . .”